ERR:hkp

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION

CASE NO. 00-6009 CR-ZLOCH

MAGISTRATE

IN RE: GRAND JURY 98-02 FTL )
_____)

FILED by _____ D.C.
JAN 13 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## MOTION TO SEAL

The United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Florida, hereby moves this Court for an order sealing the Indictment, Penalty Sheet, Certificate of Trial Attorney, Arrest Warrant, Bond Recommendation Sheet, this Motion to Seal, and Sealing Order (except for copies to be used by law enforcement personnel during execution of their official duties in the investigation), and to order said items to remain sealed in the custody of the Clerk of the Court until such time as the defendant has been arrested. Sealing of the above-referenced documents is necessary because the defendant has not yet been arrested and is unaware of the case against him. If the defendant were to learn that he is named as a defendant, he might flee the jurisdiction.

**WHEREFORE**, the United States respectfully requests that this Court order that the Indictment, Penalty Sheet, Certificate of Trial Attorney, Arrest Warrant, Bond Recommendation Sheet, Motion to Seal, and this Sealing Order (except for copies to be used by law enforcement personnel during execution of their official duties in the investigation) granting the same be **SEALED** until further order of this Court.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

Date: 1/10/00

By: _____
EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY
Court No. A5000053
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Tel. (954) 356-7255, ext. 3514
Fax. (954) 356-7336