AO 442 (Rev. 12/85) Warrant for Arrest   AUSA EDWARD RYAN      SPECIAL AGENT TODD PHILLIPS (305) 590-4451

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

JEAN JOSEPH

## WARRANT FOR ARREST

**CASE NUMBER 00 - 6009 CR - ZLOCH**

MAGISTRATE JUDGE SELTZER

TO:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JEAN JOSEPH _____

FILED by _____ D.C.

JAN 13 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)   Possession with Intent to Distribute Crack Cocaine,

in violation of Title 21:18 United States Code, Section(s) 841(a)(1) ; 2 _____

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

_Jenny Butler_
Signature of Issuing Officer

January 13, 2000 Fort Lauderdale, Florida
Date and Location

Bail fixed at $ Pretrial Detention  _requested_

by _Lurana S. Snow_, Chief United States Magistrate Judge
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |