UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-8154-CR-ZLOCH
       6009

FILED by _____ D.C.
MAR 0 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

V.                                            MINUTE ORDER

JEAN JOSEPH

_____


On January 13, 2000 an indictment was returned against the above defendant.

The defendant not having been arrested and 30 days having passed, this case is hereby transferred to fugitive status.

Dated this 1st day of March, 2000 at Fort Lauderdale, Florida.

AT THE DIRECTION OF THE
HONORABLE WILLIAM J. ZLOCH

CLARENCE MADDOX
CLERK

BY: _____
    CARLINE T. NEWBY
    DEPUTY CLERK

CC: U. S. Attorney

