UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6009-CR-ZLOCH

UNITED STATES OF AMERICA

Plaintiff,

v.

JEAN JOSEPH,

Defendant.

_____/

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:    ANY UNITED STATES MARSHAL, and
       WARDEN of the Century Work Camp

1.    It appearing from the petition of the United States of America that JEAN JOSEPH,

Department of Corrections Number 999890, a defendant in the above entitled case, is confined at

the Century Work Camp, Tallahassee, Florida, and that said case is set for an Initial Appearance at

the United States Federal Courthouse, 299 East Broward Boulevard, Ft. Lauderdale, Florida on

November 20, 2001, and that it is necessary for the said defendant to be present and before this Court

for said proceeding;

**NOW, THEREFORE,** this is to command you, any United States Marshal, that you

have the body of the said JEAN JOSEPH, now in custody as aforesaid, under safe and secure

conduct, before this Court at 299 East Broward Boulevard, Ft. Lauderdale, Florida by or before

11:00 a.m., on November 20, 2001,  for an Initial Appearance on the criminal charges pending

against subject in this cause, hold said defendant until the conclusion of his case, that is until



discharged or sentenced; and upon completion of said proceedings that you return subject with all convenient speed, under safe and secure conduct,  to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of the Century Work Camp, Tallahassee, Florida, to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of  said JEAN JOSEPH for safe and secure conduct to this district for the purpose aforesaid.

**DONE and ORDERED** at Ft. Lauderdale, Florida, this ⟨⟩ day of ⟨⟩ ⟨⟩ , 2001.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

cc:    U.S. Attorney (RYAN)
       U.S. Marshal (5 certified copies)
       Chief Probation Officer