UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs   CASE No. 00-6009-CR-Zloch

Jean Joseph,

ORDER

RECEIVED & FILED IN OPEN COURT
ON 11-20-01 AT _____ FLA.
Clarence Maddox, Clerk
United States District Court
Southern District of Florida

THIS CAUSE is before the Court upon oral motion of the Government to unseal the Indictment / ~~Complaint~~ in the above-named case. The Government's motion is GRANTED and it is hereby

ORDERED AND ADJUDGED that the Indictment / ~~Complaint~~ be unsealed as to all defendants.

DONE AND ORDERED at Ft. Lauderdale, Florida, this 20 day of November, 20 01.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE