FILED by _____ D.C.
INTAKE
NOV 20 2001
CLARENCE MADDOX
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55951-004

UNITED STATES OF AMERICA  )
              Plaintiff  )   Case Number: CR 00-6009-CR-ZLCH
                         )   REPORT COMMENCING CRIMINAL
     -vs-                )           ACTION
                         )
Joseph, Jean             )
_____    )
         Defendant
*************************************************

TO: Clerk's Office    MIAMI    FT. LAUDERDALE    /W. PALM BEACH
    U.S. District Court           (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
*************************************************
All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: _W/hrop from Century Wrk Camp_ am/pm
                                                      JH 11/20/01

(2) Language Spoken: English

(3) Offense(s) Charged: PWID cocaine

(4) U.S. Citizen [✓] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 01/25/1979

(6) Type of Charging Document: (check one)
    [✓] Indictment  [ ] Complaint   To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: _____

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____   (9) Arresting Officer: _____

(10) Agency: USMS        (11) Phone: _____

                                                    JH

(12) Comments: _____
                                                     9