UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.         00-6009-CR-Zloch

UNITED STATES OF AMERICA

vs

Jean Joseph

ARRAIGNMENT INFORMATION SHEET

FILED by INTAKE D.C. NOV 20 2001 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. - FT. LAUD.

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on   11-20-01  , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address: In Custody

                     Telephone:

DEFENSE COUNSEL:     Name: FPD

                     Address:

                     Telephone:

BOND SET/CONTINUED:  $ NO BOND HEARING HELD- Both sides stipulate to a
$250,000 CSB w/nebbia reserving the right to proceed w/ a PTD hrg at a
Bond hearing held: yes____ no____  Bond hearing set for later adte

Dated this  20  day of   November  , 20 01 .

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
Deputy Clerk

Tape No. 01-087

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services