# COURT MINUTES

## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

DEFT: JEAN JOSEPH (writ)#  CASE NO: 00-6009-CR-Zloch
AUSA: Ed Ryan / Washington  ATTY: _[illegible]_
AGENT: ____  VIOL: ____
PROCEEDING: Initial Appearance  RECOMMENDED BOND: PTD
BOND HEARING HELD - yes / (no)  COUNSEL APPOINTED: ____
BOND SET @: $250,000 CSB  To be cosigned by: w/ Nebbia

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: ____
- ☐ Travel extended to: ____
- ☐ Halfway House ____

FILED by INTAKE  NOV 20 2001

Reading of Indictment waived
Not Guilty plea entered
Jury trial demanded
_[illegible]_ Discovery Order requested

Deft moves to unseal - Granted
Δ advised of charges
Δ sworn for counsel

Δ desiring sentence
No Bond hrg held
Both sides stipulate
to a $250,000
CSB w/ Nebbia -
Each side reserving right to
proceed w/ PTD hrg
at a later date
(at least 1 tape)

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:  PLACE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE: 12-6-01  11:00am  LSS

DATE: 11-20-01  TIME: 11:00am  TAPE 01- 087  Begin: 2470  End: 2645

Recall: 2659 - 2785