

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6009-CR-ZLOCH

UNITED STATES OF AMERICA

v.                                          **MINUTE ORDER**

TEON ADAMS
_____

On March 1, 2000, defendant was transferred to fugitive status.

Now that the defendant has been seen in this district, this defendant presently lodged in fugitive status is hereby returned to the active calendar of the Honorable William J. Zloch for further proceedings.

DATED: 11/21/01

                                        CLARENCE MADDOX, CLERK

                        BY:   _____
                                   Carline T. Newby
                                   Deputy Clerk