AO 442 (Rev. 12/85) Warrant for Arrest   AUSA EDWARD RYAN   SPECIAL AGENT TODD PHILLIPS (305) 590-4451

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

JEAN JOSEPH

**WARRANT FOR ARREST**

CASE NUMBER: 00-6009-CR-ZLOCH

MAGISTRATE JUDGE SELTZER

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JEAN JOSEPH _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) Possession with Intent to Distribute Crack Cocaine,

in violation of Title 21;18 United States Code, Section(s) 841(a)(1) ; 2

CLARENCE MADDOX
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

Bail fixed at $ Pretrial Detention *requested*

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

January 13, 2000 Fort Lauderdale, Florida
Date and Location

by Lurana S. Snow, Chief United States Magistrate Judge
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at Detainer pick | | |
| DATE RECEIVED 1/13/00 | NAME AND TITLE OF ARRESTING OFFICER Edward Stubbs, Acting U.S. Marshal S/D FL | SIGNATURE OF ARRESTING OFFICER *[signature]* John Walker, ASDUSM |
| DATE OF ARREST 11/20/01 | | |