UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6009-CR-ZLOCH

UNITED STATES OF AMERICA,   :

       Plaintiff,          :

vs.                   :

JEAN JOSEPH,          :

       Defendant.       :
_____/



## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender

specified below. Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By:_____
        Timothy M. Day
        Assistant Federal Public Defender
        Florida Bar No. 360325
        1 E. Broward Boulevard
        Suite 1100
        Fort Lauderdale, Florida  33301
        (954) 356-7436
        (954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this

21st day of November, 2001 to Ed Ryan, Esquire, United States Attorney's Office, 299 E. Broward

Blvd., Fort Lauderdale, Florida 33301.

_____

Timothy M. Day

S:\DAY\Joseph.Jean\ASSIGN