HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __JEAN JOSEPH__  CASE NO: __00-6009-CR-ZLOCH__
AUSA __ED RYAN__ *Lanigan*  ATTY FPD __Demike for Day__

*Disc not ready to be provided by Mon 12/26 m/due*

01-053
2846

DEFT __TYRONE DANIEL__  CASE NO: __01-6278-CR-DIMITROULEAS__
AUSA __JOANNE THALER__ *pres*  ATTY __KIRK BARROW, ESQ.__

*Disc out — no pending motions*

@ 2897

DEFT _____  CASE NO: _____
AUSA _____  ATTY _____

DATE __12/6/01__  TIME __11:00__

21   11