UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6009-CR-ZLOCH

UNITED STATES OF AMERICA,          :

      Plaintiff,          :

v.          :

JEAN JOSEPH,          :

      Defendant.          :

```
FILED by _____ D.C.

    DEC - 7 2001

   CLARENCE MADDOX
  CLERK U.S. DIST. CT.
  S.D. OF FLA. FT. LAUD.
```

## STATUS REPORT

A status conference was held in this cause on December 6, 2001.  At that conference, the parties informed the Court as follows:

1.  Discovery is to be provided no later than December 10, 2001.

2.  Counsel for the defendant shall have until December 26, 2001, within which to file pretrial motions.

DATED at Fort Lauderdale, Florida, this ___7___ day of December, 2001.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Ed Ryan (FTL)
AFPD Tim Day (FTL)