UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 01-6009-CR-ZLOCH
00

UNITED STATES OF AMERICA, :

    Plaintiff, :

vs. :

JEAN JOSEPH :

    Defendant. :
_____/



FILED by ___ D.C.

JAN - 4 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## UNOPPOSED MOTION TO CONTINUE

The defendant, through counsel, moves this Court for a continuance of the above-styled matter and as grounds in support thereof states as follows:

1. The defendant is charged by indictment with possession of crack cocaine with intent to distribute in violation of 21 U.S.C. § 841(a)(1). The defendant had his initial appearance on November 20, 2001. This is the first trial setting in this matter.

2. The defendant is presently conducting an investigation into the transaction that comprises the conduct for which the indictment rests. This investigation is not yet complete. Additional time is necessary within which to complete the investigation and prepare for trial.

3. Assistant United States Attorney Ed Ryan has no objection to this requested continuance.

WHEREFORE, the defendant requests that this Court grant the motion and continue the case.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Timothy M. Day
Assistant Federal Public Defender
Florida Bar No. 360325
101 N.E. 3rd Avenue
Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this 4 day of January, 2002 to Ed Ryan, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301.

_____
Timothy M. Day

S:\DAY\Joseph_Jean\Continue.01.wpd

2