UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6009-CR-Zloch　DATE 1-11-02

CLERK Carline Newley　REPORTER Carl Schanzleh

PROBATION　INTERPRETER

UNITED STATES OF AMERICA v. Jean Joseph

U. S. ATTORNEY Kathleen Rice　DEFT COUNSEL Tim Day

DEFENDANT:　PRESENT　NOT PRESENT　ON BOND　IN CUSTODY

REASON FOR HEARING Calendar Call

RESULT OF HEARING Deft's mtn for continuance granted - all time excludable

JUDGMENT

CASE CONTINUED TO　　　TIME　　　FOR

MISC