UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6009-CR-ZLOCH

UNITED STATES OF AMERICA,

　　　　　Plaintiff,

vs.

JEAN JOSEPH,

　　　　　Defendant.

_____/

FILED by _____ D.C.

JAN 1 7 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**ORDER GRANTING CONTINUANCE**
**AND RESETTING TRIAL**

THIS MATTER is before the Court upon the Defendant, Jean Joseph's Unopposed Motion To Continue based upon the need of counsel for additional time within which to prepare to properly defend this matter.  The Court has carefully reviewed said Motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Defendant, Jean Joseph's Unopposed Motion To Continue be and the same is hereby **GRANTED**. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the Defendant in a Speedy Trial.

**IT IS FURTHER ORDERED AND ADJUDGED** that the above-styled cause is hereby removed from the trial calendar of January 14, 2002 and is hereby reset for the trial calendar commencing on Monday, March 11, 2002, at 9:30 a.m., in Courtroom A, United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida.  Calendar Call is hereby set for Friday, March 8, 2002, at 9:00 a.m. in

Courtroom A, United States Courthouse, Fort Lauderdale, Florida.

**Any Motions For Continuance <u>must be filed</u> fourteen (14) days prior to Calendar Call.**

The Court further finds that the delay resulting from the date of this continuance, January 4, 2002, through and including March 11, 2002, the date set for trial, or the date the trial commences, whichever is later, shall be deemed excludable time under Title 18, United States Code, § 3161(h)(8).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____12th_____ day of January, 2002.

_____
WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

Ed Ryan, Esq., AUSA
For Plaintiff

Timothy Day, Esq., AFPD
For Defendant