UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6009-CR-ZLOCH

UNITED STATES OF AMERICA

v.

JEAN JOSEPH,
            Defendant.
_____/

NIGHT BOX FILED
MAR - 5 2002
CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR TRUE IDENTITY OF COOPERATING WITNESS

The United States of America hereby files this response to Defendant's Motion for True Identity of Cooperating Witness. The government does not oppose the defendant's motion. At the trial of this case, the government intends to call Ruth Daniels, an informant for the Drug Enforcement Administration, who purchased crack cocaine from the defendant on July 22, 1999. Prior to trial, the government will make Ruth Daniels available to be interviewed by counsel for the defendant.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: /s/ Kimberly Dunn Abel
Kimberly Dunn Abel
Assistant United States Attorney
Fla. Bar No. 0134015
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, FL 33394
Tel: 954/356-7255
Fax: 954/356-7336
kimberly.abel@justice.usdoj.gov



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this day, March 5, 2002, to:

Timothy M. Day
Assistant Federal Public Defender
1 E. Broward Blvd.
Suite 1100
Fort Lauderdale, FL 33301
Tel: 954/356-7436
Fax: 954/356-7556

_____
Kimberly Dunn Abel
Assistant United States Attorney