UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. 00-6009-CR-ZLOCH

UNITED STATES OF AMERICA,    :

       Plaintiff,    :

vs.    :

JEAN JOSEPH    :

       Defendant.    :

_____/

**NIGHT BOX
FILED**

MAR 5 2002

CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

## <u>UNOPPOSED MOTION TO CONTINUE</u>

The defendant, through counsel, moves this Court for a continuance of the above-styled matter and as grounds in support thereof states as follows:

1.    The defendant is charged by indictment with possession of crack cocaine with intent to distribute in violation of 21 U.S.C. § 841(a)(1).

2.    The defendant is presently conducting an investigation into the transaction that comprises the conduct for which the indictment rests. The government has disclosed the identity of the informant and will allow her to be interviewed as requested. Additional time is necessary within which to investigate the veracity of the informant's information. The informant is the sole eyewitness to the transaction and the only real witness that will testify at trial. Additional time is necessary within which to complete the investigation and prepare for trial.



3.    Assistant United States Attorney Kim Able has no objection to this requested continuance.

WHEREFORE, the defendant requests that this Court grant the motion and continue the case.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By:_____
Timothy M. Day
Assistant Federal Public Defender
Florida Bar No. 360325
101 N.E. 3rd Avenue
Suite 202
Fort Lauderdale, Florida  33301
(954) 356-7436
(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this _6_ day of March, 2002 to Kim Able, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida  33301.

_____
Timothy M. Day

S:\DAY\Joseph_Jean\Continue.01.wpd

2