UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6009-CR-ZLOCH

MAGISTRATE JUDGE SELTZER

UNITED STATES OF AMERICA,  :

    Plaintiff,  :

vs.  :

JEAN JOSEPH,  :

    Defendant.  :
_____/

## ORDER DISCLOSING CONFIDENTIAL INFORMANT

The government having agreed to the Defendant's Motion to Disclose the Identity of the Informant, it is hereby

ORDERED AND ADJUDGED that said motion is **GRANTED**. The government is ordered to provide the name of the informant to the defendant.

DONE AND ORDERED in Chambers, Fort Lauderdale, Florida this ____ day of March, 2002.

                                                          BARRY S. SELTZER
                                                          UNITED STATES MAGISTRATE JUDGE

cc:    Tim Day, AFPD
        Kim Abel, AUSA