UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6009-CR-ZLOCH



UNITED STATES OF AMERICA

      V.                          NOTICE

JEAN JOSEPH

---

| TYPE OF CASE | CRIMINAL |

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

---

PLACE:                              COURTROOM A
299 E. BROWARD BLVD.                DATE & TIME:
FT. LAUDERDALE, FL 33301            March 25, 2002 at 11:00 AM

---

CHANGE OF PLEA - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION

---

                                          CLARENCE MADDOX
                                          CLERK OF COURT

                                          BY DEPUTY CLERK

DATE: March 11, 2002

cc:
Kim Able, Esq., AUSA
Timothy Day, Esq., AFPD