UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6009-CR-ZLOCH



UNITED STATES OF AMERICA

V.                                                      NOTICE

JEAN JOSPEH

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

| PLACE<br>299 E. BROWARD BLVD.<br>FT. LAUDERDALE, Fl, 33301 | COURTROOM A<br>DATE & TIME:<br>April 17, 2002, at 10:00 AM |
|---|---|

PLEA - RESET AT REQUEST OF DEFENSE

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: March 20, 2002

cc:
Kim Able, AUSA
Timothy Day, Esq., AFPD