UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER: 00-6009-CR-Zloch    DATE: 4-17-02

CLERK: Carline Newkey    REPORTER: Anita LaRocca

PROBATION:    INTERPRETER:

UNITED STATES OF AMERICA v. Jean Joseph
True Name - Jesse Demand Witherspoon

U.S. ATTORNEY: Kim Absel    DEFT COUNSEL: Timothy Day

DEFENDANT: (PRESENT)    NOT PRESENT    ON BOND    (IN CUSTODY)

REASON FOR HEARING: Change of Plea to Count 1

RESULT OF HEARING: Deft entered a plea of guilty to Count 1

JUDGMENT: Court accepted plea & adjudged deft guilty to Count 1

CASE CONTINUED TO: 6-28-02    TIME: 10:30    FOR: Sentencing

MISC: Written Plea Agreement