UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
JUN 28 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6009-CR   DATE June 28, 2002
CLERK Amy Jordan   REPORTER Carl Schanzleh
PROBATION Ed Cooley   INTERPRETER

UNITED STATES OF AMERICA v. Jean Joseph aka Jesse Demond Witherspoon

U. S. ATTORNEY George Jacobs   DEFT COUNSEL Timothy Day

DEFENDANT: PRESENT   NOT PRESENT   ON BOND   IN CUSTODY

REASON FOR HEARING Sentencing

RESULT OF HEARING Defendant sentenced to 84 months Imprisonment as to Count 1 - Consecutive w/State case; 3 years Supervised Release, $100.00 Special Assessment; Fine waived

JUDGMENT Special Conditions: ① Drug + Alcohol treatment. ② Maintain full time employment; Disclosure W2-forms; ③ Search of Person + Property

CASE CONTINUED TO   TIME   FOR

MISC 10 days w/in to Appeal. Federal Public Defender Appointed if Appeal filed.