DEFENDANT: JESSE DEMOND WITHERSPOON A/K/A JEAN JOSEPH
CASE NUMBER: 00-6009-CR-ZLOCH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **84 Months to run consecutively to the sentence imposed in Broward County, Florida, 17th Judicial Circuit Court Case No. 99-11808CF10A.**

The Court recommends to the Bureau of Prisons:

   Federal Facility in State of Florida

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

                                         _____
                                         UNITED STATES MARSHAL

                                         By:_____
                                              Deputy U.S. Marshal

I have partially/fully executed
This writ/transfer by delivering
Him/Her to U.S.M./F.C.C./F.C.I.
Coleman
                    10/8/02
Bus Lieutenant